**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

UNITED STATES OF AMERICA                    CRIMINAL NO. 05-214-RET

VERSUS

BOBBY DONAHUE

**ORDER**

Considering the Government's motion to set a sentencing date,

**IT IS ORDERED** that the defendant is to be sentenced on 20ᵗʰ day of

_____March_____, 2008, at 9:30 .m. in Courtroom No. 3 .

Read and signed this 18ᵗʰ day of December 2007, Baton Rouge, Louisiana.

RALPH E. TYSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT